E-FILED
Wednesday, 12 August, 2026 03:23:34 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JONATHAN VARVEL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 26-2135 |
| | ) | |
| FACEBOOK, *et al.*, | ) | |
| Defendants. | ) | |

**<u>MERIT REVIEW ORDER</u>**

Plaintiff, proceeding *pro se* and currently detained at the Jerome Combs Detention Center, filed a Complaint under 42 U.S.C. § 1983 alleging violations of his constitutional rights. (Doc. 1). The Court must "screen" Plaintiff's Complaint, and through such process, identify and dismiss any legally insufficient claim, or the entire action if warranted. 28 U.S.C. § 1915A. A claim is legally insufficient if it "(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." *Id.* In reviewing the Complaint, the Court accepts the factual allegations as true, liberally construing them in Plaintiff's favor. *See Turley v. Rednour*, 729 F.3d 645, 649 (7th Cir. 2013). Conclusory statements and labels are insufficient, however. Enough facts must be provided to "state a claim for relief that is plausible on its face." *Alexander v. United States*, 721 F.3d 418, 422 (7th Cir. 2013) (citation omitted).

**ALLEGATIONS**

Plaintiff files suit against Facebook, the Jerome Combs Detention Center, the Kankakee County Sheriff's Department, Sheriff Michael Downey, Chief Chad Kolitwenzew, Assistant Chief Marlin Woods, Assistant Chief Celi Azzarelli, Mugshots.com, and "Several People on Facebook Comments."

1

Plaintiff alleges he has health insurance but was charged $180.94 for prescriptions and over-the-counter drugs at the Jail. Plaintiff claims he is being extorted. Plaintiff alleges he is underweight, but the Jail refuses to give him double portions of food. Plaintiff alleges unidentified Jail officials humiliated him by calling him a "toothpick" and "skinny as Hell." (Doc. 1 at p. 7). Plaintiff alleges the Sheriff's Department posted over 100 pictures of him on its Facebook page, misspelled his name, and put hats, makeup, and scarves on him in the pictures to humiliate him. *Id.* at p. 8.

**ANALYSIS**

The Court cannot discern any federal claim from Plaintiff's allegations. Plaintiff does not identify which Defendants are allegedly responsible for "extorting" him by charging him for medications. Plaintiff claims he is underweight and does not receive adequate portions of food at the Jail, but Plaintiff does not allege if he asked for additional food, and if so, who denied his requests. Plaintiff cannot proceed on a claim against unidentified Jail officials for allegedly making hurtful comments about his weight. *See Smith v. Myers*, No. 118CV02255TWPDLP, 2018 WL 3631285, at *1 (S.D. Ind. July 30, 2018) ("[A]lthough indefensible and unprofessional, isolated verbal abuse, harassment, and unprofessional conduct do not rise to the level of a constitutional violation for which relief may be granted in a civil rights case.") (citation omitted)).

Plaintiff claims the Sheriff's Department posted over 100 pictures of him on Facebook and put hats, makeup, scarves, and "any humiliating thing they [could] come up with" on him. (Doc. 1 at p. 8). Although district courts are to accept all well-pleaded allegations in a plaintiff's favor and construe *pro se* complaints liberally, the Court need not accept allegations that are "conclusory or ridiculous." *Taylor v. Watkins*, 623 F.3d 483, 485 (7th Cir. 2010).

Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to state a claim for relief under Federal Rule of Civil Procedure 12(b)(6) and § 1915A. The Court will allow Plaintiff a final opportunity to file an Amended Complaint within 30 days of this Order. If Plaintiff fails to file a timely Amended Complaint, or if the Amended Complaint fails to state a claim for relief, his case will be dismissed with prejudice. Plaintiff's Amended Complaint will replace Plaintiff's Complaint in its entirety. The Amended Complaint must contain all allegations against all Defendants. Piecemeal amendments are not accepted.

**IT IS THEREFORE ORDERED:**

1) **Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to state a claim for relief under Federal Rule of Civil Procedure 12(b)(6) and 28 U.S.C. § 1915A. The Court will allow Plaintiff a final opportunity to file an Amended Complaint within 30 days of this Order. If Plaintiff fails to file a timely Amended Complaint, or if the Amended Complaint fails to state a claim for relief, his case will be dismissed with prejudice. Plaintiff's Amended Complaint will replace Plaintiff's Complaint in its entirety. The Amended Complaint must contain all allegations against all Defendants. Piecemeal amendments are not accepted.**

2) **Plaintiff's Motion for Status [9] is MOOT.**

3) **The Clerk is directed to send Plaintiff a blank Section 1983 complaint form.**

ENTERED:  8/12/2026

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge